

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN RE:

KA C. WONG, M.D.,

Relator.

§

§

§

§

No. 08-24-00354-CV

AN ORIGINAL PROCEEDING

IN MANDAMUS

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Patrick M. Garcia, Judge of the 384th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore conditionally grant the petition for writ of mandamus. We direct the trial court to vacate its order granting Deborah Yates Contreras's motion for new trial, and thereafter to enter a new order specifying the reason or reasons for such ruling. We deny Relator's request that we direct the trial court to render a final judgment on the jury's verdict and findings. We vacate our order staying all trial court proceedings. The writ will issue only if the trial court fails to comply with this opinion.

IT IS SO ORDERED THIS 4TH DAY OF DECEMBER 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.